# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. MORIARTY, | CASE NO. 1:13-cv-00855-AWI-SMS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED |
| v. | *IN FORMA PAUPERIS* |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | (Doc. 2) |

By a motion filed June 5, 2013, Plaintiff Linda D. Moriarty, proceeding *pro se*, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court shall not issue new case documents and summons until the Court has screened the complaint.

IT IS SO ORDERED.

**Dated:   June 12, 2013**            /s/ Sandra M. Snyder
                             UNITED STATES MAGISTRATE JUDGE