**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. MORIARITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE, LLC,<br>and DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:13-cv-00855-AWI-SMS<br><br>ORDER STRIKING PLAINTIFF'S OPPOSITION<br><br>(Doc. 7) |

On July 3, 2013, the Court dismissed Plaintiff's complaint without prejudice and denied Defendant's motion to dismiss as moot. Doc. 6. Plaintiff was ordered to file, within 30 days of service (i.e., by August 2, 2013), either an amended complaint or notification of her willingness to proceed on the original complaint. Failure to comply could lead to dismissal of the action.

On July 22, 2013, Plaintiff filed an opposition to Defendant's motion to dismiss. The Court must strike this filing, both because Defendant's motion has already been denied (as Plaintiff acknowledges), and also because the filing is inconsistent with the Court's order. This is not a statement regarding the merits of Plaintiff's arguments. Rather, the July 3, 2013 order simply does not permit the Court to consider these arguments, at this time or in this format. Plaintiff must comply with the Court's July 3, 2013 order. The Court will then need additional time to consider any filing.

The Court takes this opportunity to observe that Plaintiff's opposition often uses "scare quotes." In contrast to quotation marks that quote another's words or that identify a new term, "Scare quotes are quotation marks placed around a word or phrase to imply that it may not signify its

apparent meaning or that it is not necessarily the way the quoting person would express its concept." http://en.wikipedia.org/wiki/Scare_quotes. For example, Plaintiff has used quotation marks around words such as "not," "is," "prior," "any," etc. As the definition suggests, scare quotes can make it difficult for the Court to understand the author's intended argument. For this reason, and for the parties' own benefit, the Court respectfully requests that this convention not be overused.

## **Conclusion**

Plaintiff's opposition (doc. 7) is stricken. Plaintiff shall comply with the Court's order of July 3, 2013.

IT IS SO ORDERED.

Dated:  **July 23, 2013**               **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE