**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. MORIARITY,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE, LLC,<br>and DOES 1-10,<br><br>    Defendants. | Case No. 1:13-cv-00855-AWI-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE<br><br>(Doc. 9) |

    Before the Court is Plaintiff's motion, filed July 31, 2013, to transfer her case to Bakersfield. Doc 9. Defendants filed an opposition on August 16, 2013. Doc. 14. On September 3, 2013, the Court deemed Plaintiff's motion suitable for decision without oral argument and vacated the hearing set for Wednesday, September 11, 2013. Doc. 16. On September 4, 2013, the last permissible day (see Local Rule 230 (d)), Plaintiff filed her reply. Doc. 17.

    Plaintiff describes physical impairments which make travel to the Bakersfield courthouse more convenient. However, venue is not proper in Bakersfield pursuant to the Local Rule 120(d) and 28 U.S.C. § 1404(a). Furthermore, Local Rule Appendix A (l) (4) is not applicable here because it only applies where *Defendants* reside in Kern County.

/ / / /

/ / / /

Plaintiff indicates that "[w]hile Court Call is available, Plaintiff is not really comfortable using it, preferring personal appearance." This is not sufficient reason to relieve Plaintiff from telephonic appearance. For the purpose of future hearings, the Court will attempt to accommodate Plaintiff's impairments by allowing telephonic appearance.

IT IS SO ORDERED.

Dated:  **September 5, 2013**          **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE