KENNETH S. MILLER (State Bar No. 285297)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

EDWARD R. BUELL, III (State Bar No. 240494)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| LINDA D. MORIARITY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC And Does 1-10 Inclusive,<br><br>Defendants. | Case No. 1:13 cv 00855 AWI SMS<br>Hon. Judge Anthony W. Ishii<br>Magistrate Judge Sandra M. Snyder<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*[Filed concurrently with Request for Judicial Notice]*<br><br>Date:     December 16, 2013<br>Time:     1:30 p.m.<br>Ctrm:     2<br><br>Action Filed:     June 5, 2013 |

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on December 16, 2013, at 1:30 p.m., in Courtroom 2 on the 8th Floor of the above-entitled Court located at 2500 Tulare Street, Fresno, CA 93721, Defendant Nationstar Mortgage, LLC, will and hereby does move this Court for an order dismissing Plaintiff's Complaint and all of the claims asserted in this ation on the basis that Plaintiff fails to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 12(b)(6). Defendant will also move, in the alternative, for a more definite statement of claims against it pursuant to FRCP Rule 12(e).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, any request for judicial notice, the First Amended Complaint, and all other pleadings and records on file in this action, and upon such other argument as may be presented at or before the hearing on this motion.

DATED:  November 15, 2013        SEVERSON & WERSON
                                 A Professional Corporation


                                 By: _____*s/ Kenneth S. Miller*_____
                                              Kenneth S. Miller

                                 Attorneys for Defendant
                                 NATIONSTAR MORTGAGE, LLC