KENNETH S. MILLER (State Bar No. 285297)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

EDWARD R. BUELL, III (State Bar No. 240494)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION**

| | |
|---|---|
| LINDA D. MORIARITY, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>NATIONSTAR MORTGAGE, LLC And Does 1-10 Inclusive,<br><br>        Defendants. | Case No. 1:13 cv 00855 AWI SMS<br>Hon Judge Anthony W. Ishii<br>Magistrate Judge Sandra M. Snyder<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities]*<br><br>Date:    December 16, 2013<br>Time:    1:30 p.m.<br>Ctrm.:   2<br><br>Action Filed:    June 5, 2013 |

1  Pursuant to Federal Rule of Evidence Rule 201(b)(2) and (d), Defendant Nationstar
2  Mortgage, LLC, respectfully requests that the Court take judicial notice of the following
3  documents in support of their Motion to Dismiss Plaintiff's First Amended Complaint pursuant to
4  Federal Rules of Civil Procedure, Rule 12(b)(6).

5  1.  Deed of Trust dated July 24, 2003 and recorded in the Official Records of the Kern
6  County Recorder's Office on August 08, 2003 as Instrument Number 0203163822. A true and
7  correct copy of the Deed of Trust is attached hereto as Exhibit 1.

8  2.  Assignment of Deed of Trust dated June 13, 2011 and recorded in the Official
9  Records of the Kern County Recorder's Office on June 24, 2011 as Instrument Number
10 0211081607. A true and correct copy of the Assignment of Deed of Trust is attached hereto as
11 Exhibit 2.

12 3.  Substitution of Trustee dated October 6, 2011 and recorded in the Official Records
13 of the Kern County Recorder's Office on October 21, 2011 as Instrument Number 000211139263.
14 A true and correct copy of the Substitution of Trustee is attached hereto as Exhibit 3.

15 4.  Notice of Default dated October 20, 2011 and recorded in the Official Records of
16 the Kern County Recorder's Office on October 21, 2011 Instrument Number 000211139264. A
17 true and correct copy of the Notice of Default is attached hereto as Exhibit 4.

19 DATED:  November 15, 2013          SEVERSON & WERSON
                                     A Professional Corporation

22                                   By:   *s/ Kenneth S. Miller*
                                              Kenneth S. Miller

                                     Attorneys for Defendant
                                     NATIONSTAR MORTGAGE, LLC