**EXHIBIT 2**

| | |
|---|---|
| Recording Requested By:<br>**Bank of America**<br>Prepared By: Srbui Muradyan<br>450 E. Boundary St.<br>Chapin, SC 29036<br>888-603-9011<br>When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Attn: Release Dept.<br>Chapin, SC 29036<br><br>DocID# 1682208097718197<br>Property Address:<br>27300 Buckpasser Dr<br>Tehachapi, CA 93561-5331<br>CA0-ADT 13990580        6/9/2011 | **James W. Fitch, Assessor – Recorder**  SABRINA<br>Kern County Official Records   6/24/2011<br>Recorded at the request of   11:35 AM<br>**Public**<br><br>DOC#: **0211081607**    Stat Types: 1   Pages: 1<br>Fees   12.00<br>Taxes   0.00<br>Others   0.00<br>PAID   $12.00<br><br>This space for Recorder's use |

MIN #: 100013800819469566        MERS Phone #: 888-679-6377

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP** whose address is **8200 JONES BRANCH RD, MCLEAN, VA 22102** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

| | |
|---|---|
| Original Lender: | **GREENPOINT MORTGAGE FUNDING, INC.** |
| Original Borrower(s): | **LINDA MORIARITY, AN UNMARRIED WOMAN** |
| Original Trustee: | **MARIN CONVEYANCING CORP.** |
| Date of Deed of Trust: | 7/21/2003 |
| Original Loan Amount: | $108,000.00 |

Recorded in **Kern County, CA** on: 8/8/2003, book N/A, page N/A and instrument number 0203163822

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on
_06/13/2011_

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _Mary Ann Hierman_
Mary Ann Hierman, Assistant Secretary

State of California
County of Ventura

On _June 13, 2011_ before me, David J. Mayo, Notary Public, personally appeared **Mary Ann Hierman**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _David J. Mayo_
My Commission Expires: 7/10/2014        (Seal)


DAVID J. MAYO
Commission # 1895116
Notary Public - California
Los Angeles County
My Comm. Expires Jul 10, 2014