**EXHIBIT 3**

James W. Fitch, Assessor-Recorder
Kern County Official Records

JL
10/21/2011
12:11 PM

Recorded at the request of
542 ServiceLink Simplifile

Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711

DOC #: 000211139263


000211139263

| Stat Types: 1 | Pages: 2 |
|---|---|
| FEES | 21.00 |
| TAXES | .00 |
| OTHER | .00 |
| PAID | 21.00 |

TS #: CA-11-468571-LL
Order #: 955264
MERS MIN No.: 100013800819469566

Space above this line for recorders use

## Substitution of Trustee

WHEREAS, **LINDA MORIARITY, AN UNMARRIED WOMAN** was the original Trustor, **MARIN CONVEYANCING CORP** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC.** was the original Beneficiary under that certain Deed of Trust dated **7/21/2003** and recorded on **8/8/2003** as Instrument No. **0203163822**, in book **XXX**, page **XXX**, of Official Records of **KERN** County, **CA**; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes **QUALITY LOAN SERVICE CORPORATION** , as Trustee under said Deed of Trust.

Substitution of Trustee - CA
TS #: CA-11-468571-LL
Page 2

BANK OF AMERICA, N.A., SUCCESSOR BY
MERGER TO BAC HOME LOANS SERVICING,
LP FKA COUNTRYWIDE HOME LOANS
SERVICING LP

By: Yolanda D Jackson
Assistant Vice President (AVP)

State of: Texas
County of: Dallas

On 10/6/11 before me, Maxine P. Luster a notary public, personally appeared Yolanda D Jackson AVP who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Maxine P. Luster

MAXINE P LUSTER
My Commission Expires
January 23, 2014