# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. MORIARITY,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, and DOES 1-100, inclusive,<br><br>  Defendants. | 1:13-cv-0855  AWI SMS<br><br>**ORDER VACATING HEARING DATE OF DECEMBER 16, 2013, AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages, defendant Nationstar Mortgage, LLC ("Defendant") has noticed and filed a motion to dismiss the complaint of plaintiff Linda Moriarity ("Plaintiff"). The matter was scheduled for hearing on Defendant's motion to be held on December 16, 2013. The court has reviewed Defendant's motion, Plaintiff's opposition and Defendant's reply and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

THEREFORE, it is hereby ORDERED that the hearing date of December 16, 2013, is hereby VACATED and no party shall appear on that date. As of December 16, 2013, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:   December 12, 2013

  SENIOR  DISTRICT  JUDGE