KENNETH S. MILLER (State Bar No. 285297)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

EDWARD R. BUELL, III (State Bar No. 240494)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| LINDA D. MORIARITY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC And Does 1-10 Inclusive,<br><br>Defendants. | Case No. 1:13-cv-00855-SMS<br>Magistrate Judge Sandra M. Snyder<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>FAC Filed:     July 31, 2013<br>Action Filed:  June 5, 2013 |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Linda D. Moriarity and Defendant Nationstar Mortgage, LLC have settled Plaintiff's claims against Nationstar. The settlement agreement will be executed within one week of the filing of this notice and Plaintiff will file a request for dismissal of the entire action within 20 days thereafter. The Parties hereby request that the Mandatory Settlement Conference scheduled for December 2, 2014 be vacated as the parties have already reached a resolution of the matter.

DATED: November 26, 2014

SEVERSON & WERSON
A Professional Corporation

By: *s/ Kenneth S. Miller*
Kenneth S. Miller

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On November 26, 2014, I served true copies of the following document(s):

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

on the interested parties in this action as follows:

Linda D Moriarity                                   Pro Se Plainitff
27300 Buckpasser Drive
Tehachapi, CA 93561

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 26, 2014, at Irvine, California.

_____
Taylor P. Hankins

11951.0037/3566516.1                              Case No. 1:13-cv-00855-SMS
                                                              Proof of Service